or before 3 p.m., Tuesday, December 20, 1994. This Court's Rule 29.2 does not apply.

No. 94–226. FLORIDA BAR *v.* WENT FOR IT, INC., ET AL. C. A. 11th Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 8, 1994. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 6, 1994. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 20, 1994. This Court's Rule 29.2 does not apply.

No. 94–5004. WILLIAMS *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

SEPTEMBER 30, 1994

No. 93–1462 (A–204). CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. *v.* RAMON MORALES. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1287.] Application for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted, and it is ordered that the mandate of the United States Court of Appeals for the Ninth Circuit, case No. 92–56262, is stayed pending the sending down of the judgment of this Court.